■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK AIELLO, also known as ROCKY SPANO, Appellant.—Judgment of the Supreme Court, Richmond County, rendered September 7, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Richmond County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Hopkins, Acting P. J., Martuscello, Cohalan, Brennan and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SEBASTIANO, Appellant.—Judgment of the Supreme Court, Kings County, rendered January 8, 1974, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Rabin, Acting P. J., Hopkins, Martuscello, Christ and Brennan, JJ., concur.

## (March 31, 1975)

■ JEROLD A. BERGER, Appellant, v COUNTY OF NASSAU, Respondent, et al., Defendant.—In an action *inter alia* for false imprisonment, plaintiff appeals from so much of an order of the Supreme Court, Nassau County, dated April 4, 1974, as denied the branch of his motion which was to dismiss the second affirmative defense contained in the answer of defendant County of Nassau. Order affirmed insofar as appealed from, without costs. Since a claim for exemplary or punitive damages need not be explicitly pleaded if facts entitling the plaintiff to such damages are alleged, and since it is the position of plaintiff, as he insisted on the argument of this appeal, that his complaint is broad enough to encompass such a claim, the affirmative defense of absence of malice was properly interposed. Our determination on this appeal should not be taken as an indication that plaintiff may or should recover punitive damages against respondent. Hopkins, Acting P. J., Martuscello, Munder and Shapiro, JJ., concur.